**APPLICANT  AUGUSTINE CANTU JIMENEZ**      **APPLICATION NO. WR-84,107-01**

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**DISMISSED WITHOUT WRITTEN ORDER.**

12-9-15

**JUDGE**                                                          **DATE**